```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  REAL VEBA TRUST         :       CIVIL ACTION
                                :       NO. 14-1484
--------------------------------:
IN RE:  KORESKO LAW             :
FIRM, P.C.                      :       NO. 14-1485
--------------------------------:
IN RE:  SINGLE EMPLOYER         :
WELFARE BENEFIT PLAN TRUST      :       NO. 14-1486
--------------------------------:
IN RE:  PENN-MONT BENEFIT       :
SERVICES, INC.                  :       NO. 14-1487
--------------------------------:
IN RE:  KORESKO &               :
ASSOCIATES, P.C.                :       NO. 14-1488
--------------------------------:
IN RE:  PENN PUBLIC TRUST       :
                                :       NO. 14-1489
```

ORDER

AND NOW, this 23rd day of April, 2015, upon consideration of the Statement of the United States Trustee (Docket No. 34 in No. 14-1484), submitted in response to the Court's Order that parties in interest submit their views on how the above-captioned matters should proceed, including whether they should be dismissed (Docket No. 33 in No. 14-1484), IT IS HEREBY ORDERED that, for the reasons stated in a memorandum of law bearing today's date, these cases are DISMISSED with PREJUDICE and that petitions may not be refiled in any other court unless and until the Pennsylvania Debtors[1] obtain approval and authority from this Court and, in the event that the

---

[1] "Pennsylvania Debtors" collectively refers to the debtors in the above-captioned cases.

Pennsylvania Debtors do file, the automatic stay pursuant to 11 U.S.C. § 362(b)(4) is ineffective until this Court rules otherwise.

IT IS FURTHER ORDERED that Koresko & Associates, P.C., Koresko Law Firm, Penn Public Trust, and Penn-Mont Benefit Services, Inc., are each liable to the U.S. Trustee for $325.00. If the U.S. Trustee believes that the debtors are required to pay more, it must file a brief to the Court explaining with sufficient specificity why any higher fees are mandatory.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.